*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 30, 2016                    107352
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,
          v                                MEMORANDUM AND ORDER

KEVIN P. WILLIAMS,
                        Appellant.
_____

Calendar Date:  June 1, 2016

Before:  Peters, P.J., Garry, Rose, Mulvey and Aarons, JJ.

_____

        Donna C. Chin, Ithaca, for appellant.

        Weeden A. Wetmore, District Attorney, Elmira (Jordan J. Yorke of counsel), for respondent.

_____

Rose, J.

        Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered December 22, 2014, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the second degree.

        Defendant pleaded guilty to criminal possession of a weapon in the second degree in full satisfaction of a two-count indictment.  He was thereafter sentenced, as a second felony offender, to six years in prison to be followed by five years of postrelease supervision.  Defendant now appeals.

        We affirm.  Defendant's contention that he was denied the effective assistance of counsel is unpreserved for our review inasmuch as the record does not reflect that he made an

appropriate motion to withdraw his plea or vacate the judgment of conviction (see People v Jenkins, 130 AD3d 1091, 1091 [2015]; People v Wilson, 126 AD3d 1143, 1143 [2015], lv denied 25 NY3d 1078 [2015]).  Further, we reject defendant's contention that his sentence is harsh and excessive.  Given defendant's criminal history and the fact that the sentence imposed was well below the maximum sentence that defendant could have received, we discern no extraordinary circumstances or abuse of discretion warranting a modification of the sentence (see People v Mosley, 87 AD3d 1179, 1179 [2011]; People v McPherson, 76 AD3d 1117, 1117 [2010]).

Peters, P.J., Garry, Mulvey and Aarons, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court